STATE OF NEW JERSEY v. JULIO C. TORRES.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TRINA HUNTER.

March 8, 1989.

Petition for certification denied.

THOMAS OLAH, ETC., ET AL. v. HOWARD SLOBODIAN, ET AL.

March 8, 1989.

Leave to appeal granted.

STATE OF NEW JERSEY v. ANTHONY
MICHAEL SANTAGUIDA.

March 13, 1989.

Petition for certification denied.